# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAKE SUPERIOR ACADEMY, a Domestic Nonprofit Corporation, | Case No.   2:25-00160<br>Hon. |
| Plaintiff, | Chippewa County Circuit Court<br>Case No. 25-18269-CZ |
| v. | |
| ODESSA PARTNERS, LLC, a Foreign For-Profit Corporation, | |
| Defendant. | |

## [PROPOSED] ORDER DISSOLVING ORDER GRANTING PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

This matter having been removed from the Chippewa County Circuit Court on or about July 9, 2025; the Chippewa County Circuit Court having entered an Order Granting Plaintiff's Motion for Ex Parte Temporary Restraining Order on or about June 30, 2025; Defendant Odessa Partners, LLC having filed an Emergency Motion to Dissolve Temporary Restraining Order Granted without Notice on or about July 9, 2025; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Order Granting Plaintiff's Motion for Ex Parte Temporary Restraining Order that was entered on or about June 30, 2025 is hereby and immediately dissolved.

IT IS FURTHER ORDERED that Defendant's Response to Plaintiff's Motion for a Preliminary Injunction shall be filed on or before _____, 2025.

IT IS FURTHER ORDERED that Plaintiff's Motion for a Preliminary Injunction will be heard by the Court on _____, 20205 at _____ a.m./p.m. via Zoom.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

_____
Date