UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAKE SUPERIOR ACADEMY,

        Plaintiff,                    Case No. 2:25−cv−00160−PLM−MV

v.                                  Hon. Paul L. Maloney

ODESSA PARTNERS, LLC,

        Defendant.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above−captioned case was removed from Chippewa County Circuit Court, and electronically filed in this court on July 9, 2025 .   The case has been assigned to Paul L. Maloney .
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A <u>form</u> for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                CLERK OF COURT

Dated:  July 9, 2025        By:    /s/ N. Stimec_____
                                            Deputy Clerk