UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Lake Superior Academy,<br>    Plaintiff,<br><br>v.<br><br>Odessa Partners, LLC<br>    Defendant. | No. 2:25-cv-160<br><br>Honorable Paul L. Maloney |

## ORDER TO SHOW CAUSE

This matter comes before the court after a state court granted Plaintiff Lake Superior Academy's motion for a temporary restraining order ("TRO"). The state court set a hearing on the matter for August 13, 2025. (ECF No. 1-5). Defendant Odessa Partners, LLC removed this action to federal court and filed its own motion for a TRO. (ECF Nos. 1, 3, 5). Defendant requests that this court dissolve the state court's TRO.

At this juncture, it is not clear that this court has jurisdiction over this action. A review of Plaintiff's state court complaint indicates that it brought two claims, neither of which arise under federal law. Plaintiff's complaint only alleges that it seeks relief greater than $25,000, which is well below the $75,000 amount in controversy threshold needed to invoke diversity jurisdiction. *See* 28 U.S. Code § 1332(a).

**IT IS HEREBY ORDERED** that Defendant must **SHOW CAUSE** as to why this action should not be dismissed for lack of jurisdiction within **(7) seven days** of the date of this order.

**IT IS FURTHER ORDERED** that after Defendant files its response to this order, Plaintiff must file a response to Defendant's filing within **(4) four days** of the date that Defendant filed its response.

**IT IS SO ORDERED.**

Date: July 9, 2025                                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge