UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Lake Superior Academy

        Plaintiff(s),

v.

Odessa Partners, LLC

        Defendant(s).
_____/

Case No. 2:25-cv-00160

Hon. Paul L. Maloney

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Odessa Partners, LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ☐ Yes ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
   If yes, identify entity and nature of interest:

Date: July 9, 2025

Adam T. Schnatz
(Signature)