# EXHIBIT B

WCMU PUBLIC MEDIA
CENTRAL MICHIGAN UNIVERSITY

Donate

# Bitcoin mining farm in eastern UP prompts school to pause expansion

WCMU | By Teresa Homsi

Published June 27, 2025 at 2:21 PM EDT

LISTEN • 4:34

WCMU
Here and Now
WCMU
Here and Now




*Teresa Homsi / WCMU*

Three containerized data centers hum in Dafter Township, across the street from Lake Superior Academy, on June 19, 2025.

## A school in the eastern UP is holding off on an expansion project to build two new classrooms and welcome 40 new

WCMU
**Here and Now**
WCMU
**Here and Now**

**mining farm. Residents are calling for the facility to shut up or shut down and move.**

*Editor's note: This story was produced for the ear and designed to be heard. If you're able, WCMU encourages you to listen to the audio version of this story by clicking the LISTEN button above.*

At the Lake Superior Academy, south of Sault Ste. Marie, superintendent Susie Schlehuber calls the school's outdoor space a classroom.

"It's not a recess place, it's where we do learning every day," she said.

The preschool-K-5 students at this charter school typically spend two hours a day outside, where they play, read, journal, garden and observe nature.

But since March, Schlehuber said the whirring of giant computers across the street has drowned out the birds the kids are used to hearing.

WCMU
Here and Now
WCMU
Here and Now




Teresa Homsi / WCMU

A sign at the Lake Superior Academy's bird observation shed reminds students to be quiet in order to better hear and identify birds. The school's superintendent says the sound of a bitcoin mining farm across the street has drowned out the birds.

The computers are part of a bitcoin mining farm, and they're housed in six metal storage units that look like shipping containers.

WCMU
**Here and Now**
WCMU
**Here and Now**

The noise comes from cooling fans that keep the massive computers from overheating, as they work around the clock, solving complex, random puzzles to earn crypto-currency.

Schlehuber said the sound is constant and hovers around 70 to 75 decibels, which falls somewhere between a running washing machine and a blender.

"When we come out, you always hear the humming and the noise," she said.

Residents are voicing their concerns about the long-term health effects of exposure to noise and air pollution associated with bitcoin mining.

They also say they're concerned about the lack of transparency from the people behind the bitcoin facility, as it's not immediately clear who's running it.

## Mysterious presence

Schlehuber said the two men who maintain the site have been friendly and appeared at a recent township meeting, but she said they have not been forthcoming about who they work for.

"The longer we learn about them, the less we know, the more questions we have," she said. "So no, we haven't figured out or learned more about the organization. We've just learned how much we don't know."

WCMU
Here and Now
WCMU
Here and Now

Docusign Envelope ID: F3B5677F-E44A-4A84-B71B-EBEDE66CDCEE

## Data Center Container Details




| | | | |
|---|---|---|---|
| Product Profile | Input Voltage, V | Min | Max |
| | | 380-415 AC | |
| | Frequency, Hz | 50/60 | |
| | Total Power Consumption, kW | 672 | 745 |
| | Safety Certificate | UL/CSA | |
| Container | Size of Container, mm (L*W*H) | 6058*2438*2896 | |
| | Hauled Weight of the Container, kg | 4053 (5000 will be marked on the container) | |
| | Operating Weight of the Container, kg | 7200 | |
| | | | |
| | Current Capacity of the Main Switch | 1600A/2000A | |
| | Applicable Transformer | 1 Set of Transformer with 2500KVA Supports 3 Containers. | |
| Environment | Operating Temperature ℃ | -25~40 | |
| | Operating Humidity | 10%-90% RH | |

WCMU
Here and Now
WCMU
Here and Now

A chart attached to a building permit application that describes the individual data centers at a bitcoin mining farm in the eastern UP.

Michael Carbonara with Odessa LLC is listed as the site's property owner on the building's permit application. He is also identified as the property owner, according to the Chippewa County Register of Deeds.

Carbonara is the CEO of a financial tech company, Ibanera. WCMU confirmed that the address on Ibanera's business filings in Boca Raton, Florida lined up with the address on the Dafter permit application.

WCMU made multiple attempts to reach him, his company and other workers at Ibanera, but never heard back.

In an October video interview posted by Tech or Leave It, Carbonara, a New Yorker, who now lives in Miami, describes himself as an entrepreneur.

"(Entrepreneurship) really takes hands-on experience, and it's about dealing with people," he said in the interview. "So, in my late 20s, I started setting up businesses. No longer an employee, but taking risks, taking chances and being creative."

A bank in the Bahamas recently filed a lawsuit against Carbonara and his company, accusing them of stealing more than $20 million dollars by "wrongfully withholding" funds, according to reporting from Eye Witness News.

But it's unclear how involved Carbonara is at the bitcoin facility in Dafter Township.

WCMU
Here and Now
WCMU
Here and Now

application that the site would “host 6 containerized data centers consisting of computer systems managing data.”

## Zoning limits

Dafter Township supervisor Bob Brown said the site is appropriately categorized as a storage facility — and that there are no rules within the zoning ordinance preventing bitcoin mining.

“What if it was trailers full of balloons? Or what if it was trailers full of fish tanks that are running electricity?" he said. "You know the code doesn't say it can't be storage for X.”

The uproar around the bitcoin facility has prompted the township to update its ordinance and consider more specific rules for data centers. Brown said he intends to propose hiring a firm that can provide expertise on how to regulate emerging technology like data centers.

WCMU
**Here and Now**
WCMU
**Here and Now**



Teresa Homsi / WCMU

The outdoor classroom at the Lake Superior Academy in the eastern UP, where students typically spend two hours a day.

Brown said the bitcoin farm has also highlighted the absence of a noise ordinance in the township. But if a noise ordinance is implemented, he said it's unlikely it would apply to the existing facility.

“But you learn from it, right?" Brown said. "What if someone wants to come in and put in a thousand of these? If we don’t have something in place, we’re going to have the same issue.”

WCMU
Here and Now
WCMU
Here and Now

options to make the farm less noisy this August.

## Data center growth

The site by the academy is not the only bitcoin farm in the area. Another one — also in Dafter Township — is not fully operational yet.

A video posted seven months ago by the channel Bitcoin Mining World, advertises the site for sale, but the video also promotes the Soo as an optimal place for cryptocurrency mining.

"The advantage of a small town is that there are local operators and contractors to get projects done quickly and reliably, making this project perfect for remote investors," the video narrator says.

The Cloverland Electric Cooperative, which is the electricity supplier in the area, put out a statement in mid-June, saying that the company "does not own or operate these facilities."

"Cloverland cannot choose whether to serve a business based on the nature of the business and cannot stop service even if the operation is offensive, noisy, smells bad or is otherwise disagreeable for other members," the statement read.

Data centers, including those for cryptocurrency mining like bitcoin and AI, are projected to grow substantially. One recent report estimates that data center capacity may increase by 46% just in the next two years and nearly triple by 2030.

WCMU
Here and Now
WCMU
Here and Now

"You don't know what you don't know until you know it," Brown said.

**Tags** Local/Regional News | Bitcoin | Technology | Upper Peninsula | Sault Ste. Marie | Artificial Intelligence | WCMU Highlights




## Teresa Homsi

Teresa Homsi is an environmental reporter based in northern Michigan for WCMU. She covers rural environmental issues, focused on contamination, conservation, and climate change.

See stories by Teresa Homsi


WCMU
**Here and Now**
WCMU
**Here and Now**