# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

LAKE SUPERIOR ACADEMY,
A Domestic Nonprofit Corporation,

Plaintiff,

v

ODESSA PARTNERS LLC,
A Foreign For-profit Corporation,

Defendant.

Case No: 25:25-cv-00160

Hon. Paul L. Maloney

**AFFIDAVIT OF SUSIE SCHLEHUBER**

STATE OF MICHIGAN )
)ss
COUNTY OF CHIPPEWA )

I, Susie Schlehuber, depose and state that I have personal knowledge of the facts contained herein, and if called upon to testify, would state the following:

1. I am a resident of Chippewa County, Michigan, and work at Plaintiff Lake Superior Academy ("Plaintiff") at 8936 S Mackinaw Trail, Sault Ste Marie, as the Superintendent.

2. I am familiar with the facts giving rise to the above captioned lawsuit, have reviewed Defendant Odessa Partners LLC's Response to Order to Show Cause, and offer this Affidavit on behalf of myself and Plaintiff Lake Superior Academy.

3. At the time Plaintiff filed its Verified Complaint, which I reviewed and signed on June 26, 2025, Plaintiff was not seeking in excess of $75,000.00 in damages

and was primarily concerned with abating the harassing and constant noise emanating from Defendant's property.

4. Defendant placed hay bales around their container pods after the filing of the Plaintiff's Verified Complaint, but the noise created by their operations, which Defendant restarted on or about July 14, 2025, is still constant, loud, disruptive, harassing, and exceeds 60 dBs at the centerline of the roadways between the parties' property.

5. Attached hereto as Exhibit 1, and Exhibit 2, are video/audio files of recording that I personally made on Monday, July 14, 2025, and Tuesday, July 15, 2025, which demonstrate the ongoing noise issue began again after Defendant restarted their cryptocurrency mining operations.

I DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

FURTHER AFFIANT SAYETH NOT.

Susie Schlehuber

Subscribed and sworn to before me on July 17, 2025.

Paul A Ford, Notary Public
Chippewa County, State of Michigan
My Commission Expires: 3/25/30

PAUL ALFORD
Notary Public - State of Michigan
County of Chippewa
My Commission Expires Mar 25, 2030
Acting in the County of Chippewa