# EXHIBIT E

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF CHIPPEWA

LAKE SUPERIOR ACADEMY,
A Domestic Nonprofit Corporation,

Plaintiff,

v.

ODESSA PARTNERS LLC,
A Foreign For-profit Corporation,

Defendant.

Case No: 25- -CZ

Hon. James P. Lambros

RAYMOND J. O'DEA (P37527)
MICHAEL S. BURINK (P70517)
JEREMY S. PICKENS (P69646)
O'Dea, Nordeen, Burink and Pickens P.C.
Attorneys for Plaintiff
122 W. Spring Street
Marquette, MI 49855
(906) 225-1770
jpickens@mqt-law.com

**AFFIDAVIT OF SUSIE SCHLEHUBER**

STATE OF MICHIGAN )
)ss
COUNTY OF CHIPPEWA )

I, Susie Schlehuber, depose and state that I have personal knowledge of the facts contained herein, and if called upon to testify, would state the following:

1. I am a resident of Chippewa County, Michigan, and work at Lake Superior Academy at 8936 S Mackinaw Trail, Sault Ste Marie, as the Superintendent.

2. I am familiar with the facts giving rise to the above captioned lawsuit, have reviewed the Verified Complaint in this matter, and offer this Affidavit on behalf of myself and Plaintiff Lake Superior Academy.

3. Since 2016, Lake Superior Academy has operated a tuition-free, public charter school at 8936 S. Mackinac Trail, Sault Ste Marie, Michigan.

4. The school's instructional model incorporates Montessori education methods, and outdoor classrooms are an integral part of the educational experience.

5. Lake Superior Academy offers year-round educational opportunities, including summer courses, and it utilizes outdoor classrooms year-round for the students' education.

6. Plaintiff is a certified Green School through the Michigan Department of Environmental, Great Lakes, and Energy (EGLE) as established by Michigan's Public Act 146 of 2006 and amended by Public Act 301 of 2010.

7. In March of 2025, Defendant Odessa Partners, LLC, began a cryptocurrency mining operation/data center at 8929 S. Mackinac Trail, Sault Ste. Marie, Michigan, the property immediately east of the school.

8. The noise emitted from Defendant's property is loud, jarring to the ear, and nearly constant throughout the school day and beyond. It annoys and harms student, educators, staff and visitors alike.

9. The noise emitted from Defendant's property significantly disrupts the school environment every single day.

10. The constant loud and offensive noise from Defendant's data centers makes outdoor instruction difficult because teachers and students struggle to hear one another and must shout over the noise.

11. When the students are outside they are distracted by the loud noise coming from the Defendant's operations, and distraction disrupts the learning process and draws the students' focus and attention away from the lessons presented.

12. Lake Superior Academy has recently cancelled plans for the construction of two additional classrooms so that they could meet the demand of increasing enrollment because the noise from Defendant's operation would have made the proposed classrooms functionally unusable.

13. Parents and neighbors have repeatedly expressed their frustrations with Defendant's operations, and I believe there exists a real and substantial risk that if the Defendant does not cease its operations, parents will begin withdrawing their children from enrollment.

14. We have raised these concerns with Dafter Township, the County Health Department, and have attempted to raise same with Defendant to no avail, thereby necessitating a lawsuit.

I DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

FURTHER AFFIANT SAYETH NOT.

Susie Schlehuber

Subscribed and sworn to before me on June 26th, 2025

Amy S. Preville, Notary Public
Chippewa County, State of Michigan
My Commission Expires: 3/22/2030

AMY S PREVILLE
Notary Public - State of Michigan
County of Chippewa
My Commission Expires Mar 22, 2030
Acting in the County of Chippewa