UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LAKE SUPERIOR ACADEMY,<br>　　　　　　　Plaintiff, | )<br>)<br>) No. 2:25-cv-160 |
| -v- | )<br>) Honorable Paul L. Maloney |
| ODESSA PARTNERS LLC,<br>　　　　　　　Defendant. | )<br>)<br>) |

## JUDGMENT

Finding a lack of jurisdiction, the court remanded this action to the state courts.

Accordingly, **JUDGMENT ENTERS.**

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:　July 21, 2025　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge